UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON )
) 2:07-cv-01515-GEB-GGH
          Plaintiff, )
)
     v. ) <u>ORDER CONTINUING STATUS</u>
) <u>(PRETRIAL SCHEDULING)</u>
INTERSTATE BRANDS CORPORATION, ) <u>CONFERENCE</u>
BENCHMARK PROPERTIES, LLC )
)
          Defendants. )
)

     Plaintiff's Status Report filed October 10, 2007, reveals this case is not ready to be scheduled.  Therefore, the Status (Pretrial Scheduling) Conference set for October 29, 2007, is continued to December 10, 2007, at 9:00 a.m.  A further joint status report shall be filed no later than November 26, 2007.[1]

     Plaintiff is hereby notified that this action may be dismissed without prejudice under Fed. R. Civ. P. 4(m) if Defendant Benchmark Properties, LLC, is not served by November 23, 2007.  To avoid dismissal, a proof of service shall be filed for Defendant Young no later than November 26, 2007.

     If Plaintiff believes it has good cause to justify extension

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

of Rule 4(m)'s 120-day service period for Defendant Benchmark Properties, LLC, it shall file a declaration no later than November 23, 2007, showing "good cause" why the action should not be dismissed without prejudice.

IT IS SO ORDERED.

Dated: October 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge